NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1572, -1573

UNITED STATES STEEL CORPORATION,

Plaintiff-Appellant,

and

NUCOR CORPORATION,

Plaintiff-Appellant,

and

GALLATIN STEEL COMPANY, SSAB NORTH AMERICAN DIVISION, STEEL DYNAMICS, INC., and ARCELORMITTAL USA, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant-Appellee,

and

CORUS STAAL BV,

Defendant-Appellee.

Appeal from the United States Court of International Trade in consolidated case no. 07-00170, Judge Judith M. Barzilay.

ON MOTION

O R D E R

United States Steel Corporation moves without opposition for a 35-day extension of time, until December 21, 2009, for the appellants to file their principal briefs, an

extension of time, until February 5, 2010, for the appellees to file their briefs, and an extension of time, until February 25, 2010, for the appellants to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

**NOV 2 0 2009**

_____
Date

cc:  Alan H. Price, Esq.
     Jeffrey D. Gerrish, Esq.
     Joel D. Kaufman, Esq.
     Claudia Burke, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 0 2009

JAN HORBALY
CLERK

2009-1572, -1573                    2